**170** COMSTOCK vs. CIRCUIT JUDGE (Wayne), 30 M., 98.

To vacate an order dismissing an appeal from the determination of a justice of the peace.

Granted July 21, 1874.

Relator commenced a suit before a justice, who dismissed it on motion, for want of jurisdiction, by reason of an alleged defect in the summons, and the Circuit Court dismissed the appeal, on the ground that the decision of the justice was not a judgment and therefore not appealable.

Held, that the determination of the justice was equivalent to a judgment of non-suit and appealable, and that mandamus is the proper remedy, as a return to a writ of error would not regularly disclose the whole proceedings on the motion to dismiss, or the grounds of the dismissal.

**171** DETROIT & BIRMINGHAM PLANK· ROAD CO. vs. CIRCUIT JUDGE (Wayne), 27 M., 303.

To vacate an order dismissing an appeal from Justice Court, and allow relator to file a new affidavit and bond.

Granted May 14, 1873.

Held, that an appeal from a justice cannot be dismissed absolutely for defects and informalities in the affidavit and bond, where the appellant tenders a new and proper affidavit and bond; that the proper practice on motion to dismiss an appeal for such defects is to make an order nisi that the appeal be dismissed, unless within the time specified a new and correct affidavit and bond be filed, and that mandamus is the proper remedy where an appeal has been improperly dismissed for such defects.